IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VISION BANK, ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 10-00393-KD-N |
| ) | |
| RONALD E. GLYNN, ) | |
| Defendant. ) | |

**JUDGMENT**

In accordance with the default judgment Order issued on this date, it is **ORDERED, ADJUDGED** and **DECREED** that a **DEFAULT JUDGMENT** is entered in favor of Plaintiff Vision Bank and against Defendant Ronald E. Glynn as to Count One of the Complaint such that Defendant Glynn is liable to Plaintiff with regard to Count One (failure to pay) in the amount of **$272,518.07.** Additionally, it is **ORDERED, ADJUDGED** and **DECREED** that Count Two of Plaintiff's Complaint (accounting/inspection) is **DISMISSED**. It is further **ORDERED, ADJUDGED** and **DECREED** that Plaintiff's request for attorneys' fees and costs is **GRANTED in part** such that Plaintiff is awarded **$1,320.00** in attorneys' fees and **$298.51** in costs. Thus, Plaintiff is awarded a **TOTAL AWARD** of **$274,136.58** in its favor and against Defendant Ronald E. Glynn.

**DONE** and **ORDERED** this the **2**$^{nd}$ day of **March 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**